FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER LEON HARDY, | ) NO. CV 05-4520-MMM (MAN) |
| Plaintiff, | ) ORDER ACCEPTING AND ADOPTING |
| v. | ) FINDINGS, CONCLUSIONS, AND |
| 3 UNKNOWN AGENTS, et al., | ) RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the files and records herein, the Amended Report and Recommendation of United States Magistrate Judge, and the Objections filed by defendants. The time for filing Objections had passed and no Objections have been filed by plaintiff. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings, conclusions, and recommendations therein.

**IT IS ORDERED** that:

The motion for summary judgment brought by the remaining defendants, Dr. Echendu and Dr. Fortaleza, pursuant to Rule 56 of the

Federal Rules of Civil Procedure ("Motion"), is GRANTED, in part, and DENIED, in part, as follows:

    a. The Motion is DENIED with respect to the Eighth Amendment claim alleged against Dr. Echendu based on plaintiff's alleged ear infection and hearing loss;

    b. The Motion is GRANTED with respect to the Eighth Amendment claim alleged against Dr. Echendu based on plaintiff's psoriasis, and this claim is dismissed with prejudice;

    c. The Motion is GRANTED with respect to all claims alleged against Dr. Fortaleza, and these claims are dismissed with prejudice; and

    d. Dr. Fortaleza is granted summary judgment and is dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of the Order on plaintiff and on counsel for defendants.

DATED: Feb. 9, 2010.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE